

**CH SCHOLAR**
LAW FIRM, P.L.L.C

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

September 30, 2024

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

RE: *United States v. Sampson (Gabriel Roman)*
22 Cr. 640 (KMK)

Dear Judge Karas:

    I represent the defendant, Gabriel Roman, in the above referenced matter having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"}, 18 U.S.C. § 3006A. A status conference has been scheduled in this matter for October 2, 2024. I will not be able to appear because I am required to be in the Bronx Supreme Court in the matter of People v. Fili Nunez Rodriguez, Ind. No. 74961-23. I write respectfully to request that Ms. Sarah Speis, Esq., an attorney who the Court has also appointed to represent Mr. Roman in this matter, be permitted to appear on my behalf for Mr. Roman. Ms. Speis is an attorney admitted to the New York State Bar and both the Southern and Eastern Districts of New York. Since October of 2017, Ms. Speis has worked as an associate attorney in my office and has assisted me in trials in both the Southern and Eastern Districts of New York, including: *United States v. Piquant*, 18 Cr. 723 (PGG), *United States v. Tapia*, 17 Cr. 512 (KMW) and *United States v. Mensah*, 19 Cr. 60 (SJ).

    I have conferred with Mr. Roman and advised him that Ms. Speis may be appearing on my behalf and he consents to this request. The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/s/

Calvin H. Scholar

Granted.

So Ordered.
/s/
9/30/24

cc: United States Attorney for the
Southern District of New York